**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––

No. 03-6054

––––––––––

GEORGE HENSON, JR.,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE, Director of Virginia
Department of Corrections,

Defendant - Appellee.

––––––––––

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. David G. Lowe, Magistrate Judge.
(CA-01-59)

––––––––––

Submitted: March 20, 2003          Decided: March 28, 2003

––––––––––

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

––––––––––

Dismissed by unpublished per curiam opinion.

––––––––––

George Henson, Jr., Appellant Pro Se. Donald Eldridge Jeffrey, III,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

––––––––––

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Henson, Jr., appeals the district court order denying him permission to proceed in forma pauperis on appeal. This court affirmed the magistrate judge's order in that appeal and granted him leave to proceed in forma pauperis. See Henson v. Angelone, No. 02-7673, 2003 WL 246125 (4th Cir. Feb. 5, 2003). Therefore, Henson's appeal of the district court's order is moot.[*]

Accordingly, although we grant leave to proceed in forma pauperis, we dismiss Henson's appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] To the extent Henson's pro se brief may be construed to attack numerous other district court orders, we note his appeal is timely only as to the district court's order denying permission to proceed in forma pauperis on appeal.